IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| NEOPOLIAN KEARI ROBINSON | ) | |
| | ) | |

NOW COMES the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis does not attempt to set forth all of the facts known to the United States at this time. This Factual Basis is not a statement of the defendant, and, at this time, the defendant may not have provided information to the United States about the offenses to which the defendant is pleading guilty, or the defendant's relevant conduct, if any.

By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement. The parties also agree that this Factual Basis may, but need not, be used by the United States Probation Office and the Court in determining the applicable advisory guideline range under the *United States Sentencing Guidelines* or the appropriate sentence under 18 U.S.C. § 3553(a). The defendant agrees not to object to any fact set forth below being used by the Court or the United States Probation Office to determine the applicable advisory guideline range or the appropriate sentence under 18 U.S.C. § 3553(a) unless the defendant's right to object to such particular fact is explicitly reserved below. The parties' agreement does not preclude either party from hereafter presenting the Court with additional facts which do not contradict facts to which the parties have agreed not to object and which are relevant to the Court's guideline computations, to 18 U.S.C. § 3553 factors, or to the Court's overall sentencing decision.

1.      On August 25, 2016, at approximately 2:14 p.m., three males robbed the EZ Pawn located at 3701 Monroe Road, Charlotte NC at gunpoint. All three males branished firearms and demanded the firearms from behind the counter. Two males and a female were present at in the store during the robbery. Two of the individuals were employees.

2.      The manager sustained non-life threatening injuries to the head when Melvin Lewis pointed a firearm at him and struck him in the back of the head three times after Lewis demanded money from the back office. The manager was transported to Novant Hospital for treatment.

3.      The suspects drove to the Monroe Road EZ Pawn in an older model brown GMC pickup truck with distinct black front right and left quarter panels. This truck drove passed the victim business twice on this date at 2:08 p.m. and 2:12 p.m. The truck did not have a license plate.

3. A total of 28 firearms were taken during the robbery, jewlery valued at over $61,000, and $2,000 in cash.

4. A black and white Nike glove was left at the EZ-Pawn. A partial major male DNA profile could be determined from the glove and was found to be consistent with Neopolian Robinson after running the profile through a law enforcement database. The probability of selecting an unreleated person at random who could be a contributor to this partial major DNA profile is approximately 1 in 11 octillion. As a result of this informaition, law enforcement sought cooperation from the Robinson.

5. Neopolian Robinson admitted to his involvement in this robbery during a debrief with law enforcement on January 31, 2017. Robinson admitted that he and Melvin Lewis drove around for two days in Lewis' brown and tan truck to scope out various pawn shop businesses. Robinson stated that August 25, 2016, Lewis, Jervontez Leak, and Robinson drove to two other EZ Pawn locations on South Blvd., Charlotte, NC in Lewis' brown and tan truck. The three men later went to the EZ-Pawn on Monroe Road and they saw a man walk into the business with a money bag/envelope. Lewis went into the store and told Leak and Robinson to wait. Lewis went into the store first, followed by Leak, and then Robinson. Each of the men had firearms that they brought with themselves to commit the robbery. Robinson stated that they obtained numerous firearms, jewelry, and currency. All three of the men split the items after the robbery.

6. On September 19, 2016, the Verizon store located at 6501 W. Wilkinson Blvd., Belmont, NC was the victim of an armed robbery. The two robbers stole 46 phones and $1,175.83. One of the phones the suspect took had an active GPS device. Verizon began to track the phone, and the GPS information led CMPD officers to the Baymont Inn Motel located at 3101 Scott Futrell Drive.

7. At the hotel, Officers observed two individuals exit the hotel and get into a Nissan Maxima. Officers attempted to stop the vehicle, but the driver refused to stop. A vehicle chase ensued and the vehicle collided into a pole. The suspects jumped and ran from the car. Ultimately, Carlos Jones, the driver, and Neopolian Robinson, the passenger, were apprehended.

8. Both supects were taken to CMC. Detectives Hetrick and Tobbe interviewed Robinson in the presence of Officer Dixon. Robinson waived his *Miranda* rights and stated that Jones was driving the car during the chase. Robinson said that he met Jones at the convenience store on Billy Graham Pkwy at approximately 9:00 a.m. Jones got into Robinson's car and they drove to Belmont. Robinson was very vague on how they chose the Belmont Verizon store and would only say that they were driving around. Robinson said that after the robbery, he was still driving and they went back to the hotel. Robinson said that he did not see a gun in Jones' hands.

9. Det. Hetrick showed Robinson a photograph from the suveillance video from the robbery of the store and Robinson identified himself. He refused to say that the other subject in the video was Jones. Robinson stated that the robbery items, such as the masks, money, and cell phones would either be in his car or in Jones' car. Robinson told the detectives that his car was a silver Crown Victoria and he gave consent for officers to search it. Robinson said the tag may

2

come back to his girlfriend, but that it was his car. Robinson said that he had a black Glock, 40 caliber firearm that would be in the Crown Victoria and that this was the firearm he used in the robbery.

10.     Officers located a Glock, model G27 Gen4, .40 caliber semi-automatic pistol in the Crown Victoria, along with clothing/masks, money and cell phones from the robbery. This vehicle was processed by Gaston County CSS after it was towed to Belmont. The Glock .40 caliber was stolen from a Troutman, NC in a residenctial burglary that occurred on July 3, 2016.

11.     K.P., a reginal loss prevention investigator for Verizon sent Det. Tobbe the cell phone pings from the "bait" phone that was with all of the other stolen phones. The pings showed that the phone was activated at approximately 10:23 a.m. and entered the parking lot of the Baymon Inn hotel at approximately 10:42 a.m. K.P. also emailed the list of the items stolen from the robbery and where these items were distributed from, which was either Memphis, TN or Plainfield, IN.

12.     On January 31, 2017, during a debrief with law enforcement, Robsinosn admitted to robbing the Verizon Store in Belmont, NC with Carlos Jones. Robinson said that he and Jones planned the robbery for a few days. Robsinson said he only saw one person inside the store when they decided to proceed with the robbery. Robinson carried the Glock, model G27 Gen4, .40 caliber semi-automatic pistol during this robbery. Robinson had the female employee open the safe. Jones put all of the phones inside a bag. Robinson took $200 in cash for the register. Robinson and Jones left the store in Robinson's Ford Crown Victoria and went to the Baymont Inn, 3101 Scott Futrell Drive, Charlotte, NC. Robinson said they left everything they stole from the Verizon store inside the Crown Victoria's trunk. Robinson and Jones went inside the hotel room and saw from the window that the Charlotte-Mekclenburg Police Department arrived. The men went out the side door and left in a Nissan Maxima driven by Jones. Robinson and Jones were later arrested by CMPD.

13.     Both the EZ-Pawn located on Monroe Road in Charlotte and the Verizon store located in Belmont, NC operate in in the business of merchandise in and affecting commerce.


JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY


JENNIFER LYNN DILLON
ASSISTANT UNITED STATES ATTORNEY


3

<u>Defendant's Counsel's Signature and Acknowledgment</u>

I have read this Factual Basis, the Bill of Information, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Information, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis with the exception of those facts to which I have specifically reserved the right to object, and understands that it may be used for the purposes stated above.

_____,          DATED: 4-13-17

James S. Weidner, Jr., Attorney for Defendant

4